## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

**United States of America**

    **v.**　　　　　　　　　　　　　　　　　　Case No. 08-cr-63-PB

**Scott Ledoux**

### SEALED ORDER

The defendant, through counsel, has moved to continue the trial scheduled for March 3, 2009, citing the cooperation of the defendant and the need for additional time to complete discovery and engage in plea negotiations. The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from March 3, 2009 to May 5, 2009. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The February 18, 2009 final pretrial conference is continued to April 23, 2009 at 4:30 p.m.

SO ORDERED.

                                      /s/Paul Barbadoro
                                      Paul Barbadoro
                                      United States District Judge

February 13, 2009

cc:   Jeffrey Levin, Esq.
     Michael Zaino, AUSA
     United States Probation
     United States Marshal