```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                            Case No. 08-cr-63-PB

**Scott Ledoux**

**SEALED ORDER**

The defendant, through counsel, has moved to continue the trial scheduled for May 5, 2009, citing the continued cooperation of the defendant and the need for additional time to engage in plea negotiations.  The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from May 5, 2009 to June 2, 2009.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The April 23, 2009 final pretrial conference is continued to May 26, 2009 at 3:15 p.m.

No further continuances.

SO ORDERED.

            /s/Paul Barbadoro
            Paul Barbadoro
            United States District Judge

April 28, 2009

cc: Jeffrey Levin, Esq.
   Michael Zaino, AUSA
   United States Probation
   United States Marshal