## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

**United States of America**

   **v.**　　　　　　　　　　　　　　　　　　Case No. 08-cr-63-PB

**Scott Ledoux**

### SEALED ORDER

    The defendant, through counsel, has moved to continue the trial scheduled for June 2, 2009, citing the continued the need for additional time to finalize a plea agreement.  The government does not object to a continuance of the trial date.

    Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from June 2, 2009 to July 7, 2009.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The May 26, 2009 final pretrial conference is continued to June 25, 2009 at 3:15 p.m.

No further continuances will be granted in this case.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

May 22, 2009

cc: Jeffrey Levin, Esq.
    Michael Zaino, AUSA
    United States Probation
    United States Marshal