**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>**United States of America**</u>

    **v.**                                    Case No. 08-cr-63-PB

<u>**Scott Ledoux**</u>

<u>**SEALED ORDER**</u>

The defendant, through counsel, has moved to continue the trial scheduled for July 7, 2009, citing the need for additional time to finalize a negotiated plea agreement and attend a plea hearing on July 22, 2009.  The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from July 7, 2009 to August 18, 2009.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The June 25, 2009 final pretrial conference is cancelled.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

June 24, 2009

cc: Jeffrey Levin, Esq.
    Michael Zaino, AUSA
    United States Probation
    United States Marshal