**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

**United States of America**

    **v.**                                        Case No. 08-cr-63-PB

**Scott Ledoux**

**O R D E R**

The defendant has moved, through counsel, to continue the
trial scheduled for August 18, 2009, citing newly appointed
counsel and the need for additional time to complete discovery
and engage in plea negotiations or prepare for trial.  The
government does not object to a continuance of the trial date.

Accordingly, for the above reasons and to allow the parties
additional time to properly prepare for trial, the court will
continue the trial from August 18, 2009 to November 3, 2009.  In
agreeing to continue the trial, the court finds pursuant to 18
U.S.C.A. § 3161(h)(8)(A) that for the above-stated reason, the
ends of justice served in granting a continuance outweigh the
best interests of the public and the defendant in a speedy trial.

The court will hold a final pretrial conference on October 20, 2009 at 4:15 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

August 14, 2009

cc:  Michael Iacopino, Esq.
     Michael Zaino, Esq.
     United States Probation
     United States Marshal